ACCEPTED
15-25-00218-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:17 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00218-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 4:17:11 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth District Court of Appeals, Austin, Texas

IDEA PUBLIC SCHOOLS,
*Appellant,*

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF TEXAS,
*Appellee.*

On Appeal from the 200th District Court of Travis County, Texas
The Honorable Daniela DeSeta Lyttle, Presiding

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLEE'S BRIEF

Appellee, Ken Paxton, in his official capacity as Attorney General of the State of Texas, respectfully requests a 30-day extension of time to January 23, 2026, in which to file its brief in the captioned appeal. Appellant is unopposed to this motion. In support, Appellee would show the Court as follows:

1. This is Appellee's first request for an extension.

2. This extension would make Appellee's brief due on or before Friday, January 23, 2026.

3. Counsel for Appellee has five hearings that have been scheduled in

December, and currently Appellee's brief is due on December 29, 2025, just days after Christmas and right before New Year when the Office of the Attorney General will be closed.

4.     This motion is not interposed for the purpose of delay, but only to allow Appellee's counsel the time to adequately prepare and file its brief.

5.     Counsel for Appellant is not opposed to this motion.

Appellee, Ken Paxton, in his official capacity as Attorney General of the State of Texas, therefore, respectfully requests an extension of time to and including January 23, 2026, in which Appellee is to file and serve its brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Lauren McGee*
LAUREN MCGEE
State Bar No. 24128835
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Lauren.McGee@oag.texas.gov

ATTORNEYS FOR APPELLEE KEN PAXTON

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 2, 2025, counsel for all parties conferred via email about the contents of this Motion and are unopposed to the extensions being sought within the Motion.

/s/ Lauren McGee
LAUREN MCGEE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, a true and correct copy of the above and foregoing document has been served to the following party of record via electronic service and/or electronic mail:

CHRISTOPHER H. SCHULZ
State Bar No. 24060576
ALLEN KELLER
State Bar No. 24070039
JOSEPH E. HOFFER
State Bar No. 24049462
Schulman, Lopez, Hoffer & Adelstein, LLP
845 Proton Road
San Antonio, Texas 78258
Tel.: (210) 538-5385
cschulz@slh-law.com
akeller@slh-law.com
jhoffer@slh-law.com

ATTORNEYS FOR APPELLANT
IDEA PUBLIC SCHOOLS

/s/ Lauren McGee
LAUREN MCGEE
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 108631543
Filing Code Description: Motion
Filing Description: Motion for Extension LEM
Status as of 12/2/2025 4:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allen M.Keller | | akeller@slh-law.com | 12/2/2025 4:17:11 PM | SENT |
| Christopher H.Schulz | | cschulz@slh-law.com | 12/2/2025 4:17:11 PM | SENT |
| Joseph E.Hoffer | | jhoffer@slh-law.com | 12/2/2025 4:17:11 PM | SENT |
| Taylor Norman | | tnorman@slh-law.com | 12/2/2025 4:17:11 PM | SENT |
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 12/2/2025 4:17:11 PM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 12/2/2025 4:17:11 PM | SENT |